UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| James Edward Walker,<br>    Petitioner,<br><br>-v-<br><br>Connie Horton,<br>    Respondent. | No. 2:18-cv-134<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the order entered on this date and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date: February 26, 2019

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge